# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 8, 2020

160635-6

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DEPARTMENT OF TALENT & ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee,

v

AMBS MESSAGE CENTER, INC.,
      Claimant-Appellant.

SC: 160635
COA: 343521
Jackson CC: 17-003129-AE

_____/

DEPARTMENT OF TALENT & ECONOMIC
DEVELOPMENT/UNEMPLOYMENT
INSURANCE AGENCY,
      Appellee,

v

NBC TRUCK EQUIPMENT, INC.,
      Claimant-Appellant.

SC: 160636
COA: 343989
Macomb CC: 2017-000132-AE

_____/

On order of the Court, the application for leave to appeal the September 12, 2019 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Dep't of Talent & Econ Dev v Great Oaks Country Club* (Docket No. 160638) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

VIVIANO, J., did not participate due to a familial relationship with a circuit court judge involved in this case.



s0429

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 8, 2020



Clerk